BALLARD SPAHR LLP
Louis P. Petrich (State Bar No. 38161)
 *petrichl@ballardspahr.com*
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel.: 424.204.4400; Fax: 424.204.4350

Attorneys for Defendants BE.WOKE.VOTE, LLC aka
BE WOKE.VOTE; C.L.I.M.B. ORGANIZATION LLC;
DEON TAYLOR; ROXANNE TAYLOR; ROBERT F. SMITH;
BE WOKE LLC; AONE CREATIVE ENTERTAINMENT,
formerly known as AONE ENTERTAINMENT LLC;
DARRICK ANGELONE; HYPER ENGINE, LLC
HIDDEN EMPIRE FILM GROUP, LP;
KHRODGERS LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINK RUBIX, LLC | Case No. 2:21-cv-00559-KJM-AC |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL OF VINCENT COX AS CO-COUNSEL OF RECORD** |
| BE WOKE.VOTE; BE.WOKE.VOTE, LLC; C.L.I.M.B. ORGANIZATION LLC; DEON TAYLOR; ROXANNE TAYLOR; ROBERT F. SMITH; BE WOKE LLC; AONE ENTERTAINMENT LLC; DARRICK ANGELONE; HYPER ENGINE, LLC HIDDEN EMPIRE FILM GROUP, LP; KHRODGERS LLC | |
| Defendants. | |

NOTICE OF WITHDRAWAL OF COUNSEL

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Vincent. Cox of Ballard Spahr LLP, is no longer counsel of record in this action for Defendants BE WOKE.VOTE; BE.WOKE.VOTE, LLC; C.L.I.M.B. ORGANIZATION LLC; DEON TAYLOR; ROXANNE TAYLOR; ROBERT F. SMITH; BE WOKE LLC; AONE CREATIVE ENTERTAINMENT, formerly known as AONE ENTERTAINMENT LLC; DARRICK ANGELONE; HYPER ENGINE, LLC HIDDEN EMPIRE FILM GROUP, LP; and KHRODGERS LLC in the above-captioned matter.  Please continue to serve said counsel with all pleadings and notices in this action as follows:

> Louis P. Petrich
> petrichl@ballardspahr.com
> Ballard Spahr LLP
> 2029 Century Park East, Suite 1400
> Los Angeles, CA  90067-2915
> Telephone: 424.204.4400
> Facsimile: 424.204.4350

DATED:  January 27, 2022          BALLARD SPAHR LLP

                                  By:  /s/ Louis P. Petrich
                                       Louis P. Petrich
                                  Attorneys for Defendants

DMFIRM #141449396 v1                 1
NOTICE OF WITHDRAWAL OF COUNSEL