# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**THINK RUBIX LLC,**

CASE NO: **2:21–CV–00559–KJM–AC**

v.

**BE WOKE.VOTE, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/31/22**

**Keith Holland**
Clerk of Court

ENTERED: **May 31, 2022**

by: /s/ H. Kaminski
Deputy Clerk